NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
HOWARD Z. ROSEN, State Bar No. 54442
ROSEN MARSILI RAPP LLP
3600 Wilshire Blvd., Suite 1800
Los Angeles, CA 90010-2679
Telephone No. (213) 389-6050
Facsimile No. (213) 389-0663

ATTORNEY(S) FOR: PLAINTIFF

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SALVADOR CANAVA, an individual, and on behalf of others similarly situated,

Plaintiff(s),

v.

RAIL DELIVERY SERVICES, INCORPORATED, et. al.

Defendant(s)

CASE NUMBER:

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   SALVADOR CANAVA
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| SALVADOR CANAVA | PLAINTIFF |

March 4, 2019
Date

Signature

Attorney of record for (or name of party appearing in pro per):

PLAINTIFF SALVADOR CANAVA