1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| SALVADOR CANAVA, individually And on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RAIL DELIVERY SERVICES, INCORPORATED AND GREG P. STEFFLRE, JUDI GIRARD STEFFLRE,<br><br>Defendants. | Case No. 5:19-cv-00401-JGB (KKx)<br>Honorable Jesus G. Bernal<br>Courtroom 1<br><br>**ORDER RE CONTINUING HEARING DATE**<br><br>Hearing Date: December 2, 2019<br>Time:           9:00 a.m.<br>Location:     U.S. Courthouse<br>                    3470 Twelfth Street<br>                    Riverside, CA 92501<br>Courtroom:  1<br><br>Complaint filed: March 4, 2019 |

   Based on the Joint Stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that the hearing date shall be continued from December 2, 2019 to January 27, 2020 at 9:00 a.m., on:

1

1. Defendants' Motion to Dismiss the Fourth and Fifth Causes of Action of First Amended Complaint as Preempted by Federal Authority (FRCP 12(b)(6))(Doc. 40);
2. Defendants' Motion to Strike Plaintiff's Class Allegations (Fed. R. Civ. P. 12(F), 23(d)(1)(D)), and to Compel Arbitration of Plaintiff's Second, Sixth, Seventh and Eighth Causes of Action; Memorandum of Points and Authorities in Support Thereof (Doc. 41);
3. Plaintiff's Motion to Conditionally Certify Count 1 as a Collective Action Pursuant to 29 U.S.C. § 216(B) and to Certify Counts 2,3,6,7,8,9, and 10 as Rule 23 (B)(3) Class Action (Doc. 71); and
4. Plaintiff's Motion to Approve Notice to the Class and Collective Action Members; to Approve Method of Distribution of Notice; and to Toll FLSA Statute of Limitations (Doc. 79).

**IT IS SO ORDERED.**

Dated: November 25, 2019

_____
Honorable Jesus G. Bernal
United States District Court
Central District of California