

**FILED**
CLERK, U.S. DISTRICT COURT

December 9, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____VPC_____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR CANAVA, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>RAIL DELIVERY SERVICES, INCORPORATED AND GREG P. STEFFLRE, JUDI GIRARD STEFFLRE,<br><br>    Defendants. | Case No. 5:19-cv-00401-SB (KKx)<br>Honorable Stanley Blumenfeld, Jr.<br>Courtroom 6C<br><br>**ORDER REGARDING COLLECTIVE AND CLASS ACTION NOTICE**<br><br>Complaint filed: March 4, 2019 |

Having considered the Parties' Joint Statement Regarding Collective and Class Action Notice, Doc. 117, the Court finds good cause shown to grant the Parties' stipulation regarding collective and class action notice, and it is therefore,

(1)    ORDERED that within 10 days of the Court's Order Regarding Collective and Class Action Notice ("Order"), Defendants will provide to Plaintiff's Counsel in electronic spreadsheet format such as Excel, the following information, each contained in a separate column: last names, first names, addresses, email addresses (if available), an employee identification number or unique identifier, and dates of employment of collective and class action members (Notice List);

(2)    ORDERED that within 10 days of receiving the Notice List, Plaintiffs will issue notice in both English and Spanish in the form filed as Doc. 117-1 via U.S. mail and email to the collective and class action members included on the Notice List;

(3)    ORDERED that collective and class action members shall have a period of 90 days to opt into the FLSA collective action or to opt out of the state law Rule 23 class action (the Notice Period) from the date the Notice issues;

(3)     ORDERED that Defendants shall disseminate to collective and class action members currently working for Defendants notice in the form filed as Doc. 117-2 via their electronic communication system with drivers. Defendants shall disseminate the electronic communication twice, once within the first 20 days of the Notice Period and once 30 days before the end of the Notice Period. Before disseminating the electronic communication, references to the Honorable Jesus G. Bernal in Doc. 117-2 shall be changed to the Honorable Stanley Blumenfeld, Jr.;

(4)     ORDERED that Defendants will promptly provide the telephone number and last four digits of the social security number for any class member whose notice is returned as undeliverable or collective action member who has neither opted-in to the collective action nor opted-out of the Rule 23 class action within the first 30 days of the Notice Period and Plaintiff will use that information to obtain a current address/email address to which the Notice may be re-issued; and

(5)     ORDERED that Plaintiff's counsel will mail and email reminder postcards and emails in the form filed as Doc. 117-3 twenty-one (21) days before the expiration of the Notice Period to those putative collective action members who have neither opted-in to the collective action nor opted-out of the Rule 23 class action at that point. Before sending the reminder postcards, references to the Honorable Jesus G. Bernal in Doc. 117-3 shall be changed to the Honorable Stanley Blumenfeld, Jr.

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: 12/9/2020

STANLEY BLUMENFELD, JR.
United States District Judge