# Exhibit 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SALVADOR CANAVA, et al, individually
and on behalf of others similarly situated,

      Plaintiff,

      v.

RAIL DELIVERY SERVICES,
INCORPORATED, et al.

      Defendants.

Case No. 5:19-cv-00401-SB (KK<u>x</u>)


Amended Rebuttal
To
Report of Dr. John Husing

Submitted by:


Dr. Steve Viscelli, Ph.D.
34 Fox-Fels Hall
3814 Walnut Street
University of Pennsylvania
Philadelphia, PA 19104


Dated: June 14th, 2021

1

**Reason for Amended Report**

On June 9th, I was informed by counsel that one of the numbers I used did not agree with a source produced by Dr. Husing. In comparing the documents and retracing how I found the source, I discovered that two different versions of the report that Dr. Husing relied upon were available from the source organization. I have updated my original report to account for both estimates of repair and maintenance costs. While these changes affected the range of my estimates, they do not change the main substance of my opinion. As such I have not made any change in my opinions from my original report other than to adjust estimates directly dependent on that one estimate in the source document that may have been misreported in either the document I originally relied upon, the document Dr. Husing relied upon, or both.

**Source of the Conflicting Estimate**

On page 3 of his report and in two footnotes on page 5, Dr. Husing stated that he relied upon: "American Trucking Research Institute, An Analysis of the Operation Cost of Trucking, November 2020," in order to estimate some costs, including repair and maintenance costs.

To my knowledge a copy of this benchmarking report was not provided at the time Dr. Husing's original report was filed. American Transportation Research Institute (ATRI) has issued a report with a title close to that, "An Analysis of the Operational Costs of Trucking," annually in recent years. Despite the slight difference in the organization name and title, when I began work on my rebuttal report, I knew the report series Dr. Husing was referencing.

I searched for that source using Google with the search term "operational costs of trucking 2020 ATRI." The first result was on ATRI's website (www.truckingresearch.org) and had the title: "An Analysis of the Operational Costs of Trucking: 2020 Update." That result was linked to the following address: https://truckingresearch.org/wp-content/uploads/2020/11/ATRI-Operational-Costs-of-Trucking-2020.pdf

I saved the pdf opened at that location to my computer and began working with it. A copy of that version of the ATRI Report has been submitted along with this amended report.

On June 10th I again used those search terms and they returned that same top result, linking to the version of that 2020 ATRI report that I relied upon. I also searched using the exact citation that Dr. Husing provides in his report and those terms also return the same .pdf version of the report that I relied upon as the top (non-sponsored) result. Screenshots of these search results are attached as Appendix E.

Dr. Husing produced a copy of the version of the ATRI Report he used to Plaintiffs' counsel on the eve of his June 10th deposition. After comparing the version Dr. Husing produced to the version I relied upon, the only difference I have found is Figure 9, which reports repair and maintenance costs by fleet size.

While the version I used has no indication it is a draft and has the same publication date (November, 2020), I revised my report to use the version Dr. Husing relied upon in his report

because that version carries the designation "final" in its file name and is available from ATRI's homepage.

## Reliability of Figure 9

After reviewing the version Dr. Husing used and the one I relied on, I believe the repair and maintenance cost per mile estimate by fleet size in Figure 9 in the ATRI "Final" report is not reliable for several reasons.

When I initially reviewed Figure 9, I noticed and noted in my report that the format of the graph differed from others in the Report in that the bars were not labeled with specific values. That difference remains in the version Dr. Husing relied upon. Given that and the fact that it appears to be the only difference between the two versions available on ATRI's website suggests there was some issue with that data or its presentation.

More conclusively, the values provided in the ATRI "Final" Report's Figure 9 are inconsistent with data provided elsewhere in the Report. It shows repair and maintenance costs of a little more than $.18 per mile for fleets of 26-100 power units and approximately $.15 per mile for fleets with less than 26 power units. If these figures are correct, the average of these two groups would, of course, produce an overall average for fleets with 100 or less power units of somewhere between these two figures. Yet Table 16, entitled "Average Marginal Cost per Mile by Fleet Size," reports an average repair and maintenance cost of $.195 per mile for fleets of 100 power units or less.

The comparatively lower cost of repair and maintenance for the smallest fleets in Figure 9 also is not in accord with the narrative description of the relationship ATRI reports finding between fleet size and maintenance. As noted in my opinion, what ATRI found suggests that large fleets save on these costs for many reasons, including bulk purchasing and in-house services. It is unclear why the ATRI data is inconsistent across the figures and narrative.

I have updated my estimates to include the lower figure of $.15 per mile in repair and maintenance costs for fleets under 26 power units as presented in Figure 9 in the ATRI "Final" report that Dr. Husing relied on. However, I do not have confidence that this figure is appropriate for RDS drivers. They are individual truck owners running hard miles in stop and go traffic and, in my experience, have much higher costs than larger fleets.

While the estimate in the other version of the ATRI benchmarking survey is significantly higher at $.32, this is not an unreasonable estimate for the upper range of costs RDS drivers might incur if their trucks are older and subject to significant expensive repairs.

As the ATRI report (p. 31) states in comparing its cost estimates for for-hire fleets with that of similar benchmarking for private fleets:

"Private fleets spent 27 cents a mile on combined tractor-trailer repair and maintenance. While this is considerably higher than for-hire carrier costs, it is important to note that average fleet size of the NPTC respondents was considerably lower that ATRI's respondent population. Based on

Figure 9, it is likely that the repair and maintenance line-items are equitable when fleet size is considered."

It seems that the typical fleets in ATRI's benchmarking sample operate large fleets that are much less expensive to maintain. Major repairs to tractors, like new engines or transmissions, will typically cost more than $10,000, an amount that could immediately more than double the annual repair and maintenance costs of operating a new tractor for an individual. I took these kinds of repair costs into consideration when I accepted the higher per mile cost estimate of $.32 per mile in the ATRI report I relied on. As result, I used a conservative estimate for tractor payments of $.15 per mile, rather than $.278 per mile estimate from the ATRI data. As I noted in my original report, there is at tradeoff between tractor payments and repair and maintenance. In fact, that more conservative tractor payment estimate is the primary source of difference between the estimate I presented using ATRI data and the more conservative estimate I present using $.15 per mile and California diesel prices.

The $.15 per mile cost estimate for repair and maintenance may simply be wrong for ATRI's sample, and so might $.32 per mile. However, the difference is not large enough to change my principal opinions in this matter. The estimates that Dr. Husing arrives at for the operating costs for RDS drivers are far too low, causing his estimates of net earnings to be far too high.

4

**Purpose and Summary of the Opinion**

I was asked by class counsel to assess Dr. John Husing's estimates of the hourly earnings of RDS drivers in 2020 produced in his Expert Report of John Husing, Ph.D., Dated May 17, 2021, in this case (the "Husing Report").

Because Dr. Husing used data from 2020 for his estimates that was not available to the Plaintiffs and because he provided insufficient information on the data he used, I cannot assess exactly how he arrived at his estimates. With additional time and data, I could refine my assessment of his findings.

Despite that, in my opinion, Dr. Husing's estimates are clearly not credible because of serious flaws in his methodology. These flaws caused Dr. Husing to underestimate RDS drivers' operating costs and the hours that they worked.

In estimating operating costs, Dr. Husing fails to include any of the Drivers' costs attributable to lease and/or purchase of the trucks Drivers need to work for RDS despite the fact that these costs are material and were calculated and reported in the American Transportation Research Institute's (ATRI) report he relied on. Rather than account for the cost, Dr. Husing dispenses with them in a footnote and then provides figures for net income that exclude these very real and material costs. He also uses inappropriate estimates for fuel costs and repair and maintenance costs overlooking the most closely analogous comparators based on the smallest truck fleet sizes and instead utilizing estimates that incorporate truck fleet sizes that average 2,350 power units. The result of Dr. Husing's inappropriate estimates is that the Husing Report estimates an average vehicle operational cost of approximately $.78 per mile, an extraordinarily low cost of operation for a tractor-trailer as the ATRI benchmarking Dr. Husing cites makes clear. As I demonstrate below, once even conservative truck lease or purchase payments are considered, and the costs associated with small fleets are factored in RDS drivers are likely to be operating at a per mile cost ranging from $1.04 - $1.21 per mile or more on average, costs that are 33% to 55% higher than the costs estimated in Dr. Husing's report.

Dr. Husing's extraordinarily low operational costs result in an extraordinarily high estimate of net earnings for drivers. The Husing Report suggests a net income per hour of $31.52. I do not have the deductions for 2020 that Dr. Husing used for things like their tablet, pre-pass parking, etc. so I cannot make an exact estimate of average hourly income, but it is likely that RDS drivers average per on-duty hour logged for Hours of Service in the range of $17.95-$22.39. This is far below the employee average wages Dr. Husing cites for the area. Based on my knowledge of the industry and experience, companies prefer to use contract drivers precisely because the cost per hour is significantly less than that of employee drivers. Properly calculated the average hourly earnings of RDS drivers is consistent with this pattern: contractor drivers realize less compensation than employee drivers and cost RDS significantly less than employee drivers.

Even an average hourly income range of $17.95-$22.39 assumes that Dr. Husing's use of on-duty hours is appropriate. As explained below, it is well-established that on-duty hours for safety logs required by the Department of Transportation significantly undercount the hours actually

worked by drivers, and RDS drivers are, in my opinion, no exception. Such undercounting of work hours in DOT logs is near universal among drivers not paid by the hour.

**Dr. Husing's Approach and Conclusions**

Dr. Husing purports to calculate the gross revenue of 171 RDS drivers using detailed data about revenue and expenses provided to him by Defendant Rail Delivery Services, Inc. ("RDS"). It is my understanding that RDS has not provided Plaintiffs with complete data for 2020.

From this data, Dr. Husing concludes that RDS drivers incurred "total" costs of $5,089,543 over 231,663 hours of on-duty time. At best, Dr. Husing's cost estimates are only partial, as they do not include tractor payments. Dr. Newlon, in discussing Dr. Husing's findings in her expert opinion, reports that RDS drivers in its lease program paid $281.34 per week for their truck (p. 38, fn 149). Even if drivers do not currently have a truck payment, the truck is an asset they have invested in, as Dr. Newlon suggests, and now deserve a return at least equivalent to what RDS would compensate a driver leasing or renting an asset of the same utility to RDS. In other words, drivers who provide a vehicle for RDS's benefit should not be penalized because they do not have a loan on that vehicle.

Dr. Husing reports that these partial costs work out to an average of $22.01 per hour (with a median of $21.62).

Dr. Husing says his cost estimates do include:

1) Communications Tablet;
2) Pre-Pass Parking;
3) Cargo Insurance;
4) Physical Damage Insurance;
5) Unidentified Trailer Insurance;
6) Auto Liability Insurance;
7) Department of Motor Vehicles Registration;
8) Fuel (ATRI Western U.S. fuel factor per mile x miles driven);
9) Maintenance, Repair, and Tires (ATRI Western U.S. M&R and Tire factors per mile x miles driven).

I assume that the first seven of these categories come from RDS data for 2020, but he does not provide any information about the amount drivers paid for any particular costs.

For the last two categories Dr. Husing used benchmarking data from 2019 produced by ATRI, an industry-funded research organization. These two categories, along with tractor payments, are likely to be the three largest cost categories for RDS drivers. And it is here that Dr. Husing makes his most serious mistakes in estimating costs.

**Why Dr. Husing's Use of ATRI Data Is Inappropriate**

Aside from failing to incorporate the costs per mile of leasing or purchasing vehicles in order to drive for RDS, the primary problem with Dr. Husing's analysis is that he utilizes metrics derived from geographic area averages that incorporate averages for large (over 1000 vehicle) fleets when the costs for the drivers here should be measured without the vast economies of scale enjoyed by large fleets. Further, since only a very small percentage of driving for RDS is outside of California where costs are uniformly higher, utilizing averages for "Western" states, that includes, for example, Arizona, also understates the costs. His inappropriate data choices result in an average cost per mile of vehicle operation (approximately $.78 per mile) that is, frankly, incredible.

Dr. Husing does not state the total number of miles he is using for the 171 drivers he is analyzing (or which drivers those are). I use a total of 2020 mileage from Geotab data for 170 drivers provided to me by Plaintiff's Counsel (Appendix A). From that I derive a total of 6,561,185 miles for 2020. Dividing Dr. Husing's estimate of costs ($5,089,543) by that mileage gives us a per mile cost of $.775.

Using that as a "total cost" of operation to calculate hourly earnings is very misleading. ATRI reports fleet costs for fleets under 100 trucks and some metrics for fleets under 26 trucks. These were much more appropriate for his purposes than the ATRI Western region average of all fleets. In fact, as I show below, using this data suggests an average vehicle operating cost of $1.17.

The ATRI data used by Dr. Husing was inappropriate because it includes fleets of all sizes and, as the ATRI report repeatedly emphasizes in both the text and the presentation of data, fleet size is a key determinant of costs. Indeed, the report several times clearly differentiates costs by fleet size in separate columns or tables dedicated to the effect of fleet size.

The ATRI report (p. 38) states:

> "As noted, small fleets experience higher costs in repair and maintenance, tires, fuel, and insurance. Large fleets often have their own maintenance shops, as well as contracts with suppliers for discounted fuel, trucks, tires and onboard technologies. In addition, large fleets have more available risk management strategies than small fleets – thus the delta in insurance costs between large and small fleets. It is important to note that for either fleet size, managing insurance costs by expanding financial safety risks can dramatically, even catastrophically, increase operating costs in the long term."

And (p. 37):

> "Based on U.S. DOT truck registrations, small carriers comprise the vast majority of fleets, with 97.4 percent of carriers having fewer than 20 power units. These smaller fleets serve as the backbone of the trucking industry, delivering freight across the U.S. However, due to the scale of these companies and their relatively lower bargaining power, they also encounter far higher costs per mile. Table 16 juxtaposes the cost per

mile for small carriers (carriers with 100 or less power units) and large carriers (greater than 100 power units)."

Individual drivers like those at RDS, who do not have access to bulk purchasing programs for fuel, insurance, etc. and pay for service as needed as a single truck operator, are going to pay more for just about everything. Yet when Dr. Husing estimated the fuel costs, maintenance and repair costs, and tire costs of RDS drivers, he chose to use the average costs of trucking operations of all sizes in 12 mostly rural Western states. He did this even though estimates for fuel cost estimates for small fleets nationally were available in the ATRI report and he could have used estimates of fuel data for RDS drivers found in the record (as discussed below). This last approach may be even more appropriate because RDS drivers purchase fuel primarily in California, which has by far one of the highest fuel costs in the nation.[1]

For repair, maintenance and tire costs, Dr. Husing again selects inappropriate data, choosing the West region average rather than the available Fleets with less than 26 trucks. Combined with tire costs, the West region figures Dr. Husing uses equal $.178 per mile. In contrast, tire costs for fleets of 100 trucks or less and the maintenance and repair costs for fleets under 26 trucks add to $.193 in the version of the ATRI report that Dr. Husing used. These costs added to $.363 per mile in the version of the ATRI report I relied on.

Other costs in the ATRI report, including insurance, tolls, permits, etc. average $.214 per mile. That does not include the tablet and other costs Dr. Husing claims are in his estimate. For these remaining costs--after fuel, repair and maintenance, and tire cost—Dr. Husing applies only an additional $.204 per mile cost (this figure also presumably includes other costs incurred by RDS drivers not included in the ATRI benchmarking).

Table 1 contains the data from the ATRI report Dr. Husing used and what was available.

---

[1] As I write this on May 25, 2021, AAA reports diesel fuel averaging $4.153 per gallon in California, but just 3.159 per gallon in neighboring Arizona, part of ATRI's West region, (https://gasprices.aaa.com/state-gas-price-averages/).

Table 1. Husing Estimates Compared to ATRI Data in Report Husing Relied Upon

| Category | Husing Estimate | ATRI ≤100 Fleet (Table 16) | ATRI <26 Vehicle Fleet | Appropriate Data Available from ATRI in the Report Dr. Husing relied on (in bold in original column) |
|---|---|---|---|---|
| Truck Expense | 0 | **.278** | n/a | .278 |
| Fuel | .398[2] | .439 | **.486** | .486 |
| Repair and Maintenance | .137[3] | .195 | **≈.15**[4] | .15[5] |
| Tires | .041[6] | **.043** | n/a | .043 |
| Insurance | unknown | .107 | **.153** | .153 |
| Other Costs | .204 (includes insurance) | .061 | n/a | .061(does not include insurance) |
| Total Vehicle Cost per mile | .78 | 1.12 | n/a | 1.17 |

**Fuel Costs from RDS Data**

Fuel is typically the largest vehicle cost for trucking firms. I was provided by counsel with 2020 fuel consumption data from Geotab for the Plaintiffs. Some trucks did not have information for miles or gallons consumed, but the trucks that did accounted for nearly all of miles driven by the RDS contracted drivers in 2020. The 156 drivers with fuel consumption data for miles and fuel used drove 6,554,110 out of 6,561,185 miles (See Appendix B for the driver #s and data used).

For those 156 drivers, 3,643,967 miles were recorded by Geotab to calculate fuel economy. They burned 521,207 gallons of fuel. That gives an average fuel economy of 6.99 mpg. This is a high fuel economy for a trailer-trailer in local operations.

The US Energy Information Administration reported an average diesel price of $3.377 for 2020 in California. (https://www.eia.gov/dnav/pet/pet_pri_gnd_dcus_sca_a.htm, see Appendix C) With a fuel economy of 7 mpg, for the total mileage traveled by all drivers (6,561,185) RDS

---

[2] From ATRI Table 15, West Region.
[3] From ATRI Table 15, West Region.
[4] These are the differing values in ATRI Figure 9. In both versions of the report the bars are not labeled with specific values. These values are based on the y-axis scale.
[5] As discussed above this estimate is inconsistent with other data and the narrative of the report, making it, in my opinion, an inappropriately low estimate for RDS drivers.
[6] From ATRI Table 15, West Region.

drivers would have to purchase about 937,312 gallons of fuel at $3.377 for a total cost of
$3,165,302. That works out to $.482 per mile compared to the $.398 figure used by Dr. Husing.

Even if Dr. Husing was not comfortable estimating fuel economy from the incomplete Geotab
data, as suggested above there was a more appropriate category of small fleet averages in the
ATRI report which shows an average cost of $.486 per mile, about a half a penny over what the
RDS data suggests. Dr. Husing's use of a 12-state average for all fleets significantly
underestimated the cost of fuel for individual drivers purchasing diesel fuel in by far the most
expensive state in the nation for fuel. His use of an estimate of $.389 per mile, or about 81% of
the likely cost of fuel based on RDS data, is inappropriate.

## Total Operating Costs

Based on 6,561,185 miles of operation in 2020, RDS drivers would have incurred the following
costs using the appropriate per mile data from the report Dr. Husing relies upon.

While RDS drivers don't appear to drive expensive new trucks and trade higher repair and
maintenance costs for lower truck payments, to assume no cost makes less sense than a
conservative estimate. Even if a trucker owns their truck free and clear, they should be
compensated with a return for that investment. Below, to create a reasonable range with a
conservative estimate for 2020 – due the lack of 2020 data from the defendants – I'm assuming
that drivers have $12,000 in truck payments on average annually ($1000 per month) and those
drivers drive 80,000 miles per year. That would give them a $.15 per mile cost in truck payment
cost. This is a conservative estimate for several reasons. First, because 80,000 miles is likely
greater than average annual mileage for RDS drivers in 2020. Second, as noted above, Dr.
Newlon, in her report, "On average, owner-operators in the RDS lease-to-own program in 2015
paid $281.34 per week for their truck. On an annual basis, the total paid by owner-operators for
their lease was approximately $14,630 on average."

10

Table 2. RDS Contracted Driver Vehicle Operating Cost Estimates Per Mile and Total for 2020

| Category | Husing Estimate | | ATRI Benchmarking Data in 2020 Report Husing Relied Upon | | Conservative Estimate from Partial RDS Data | |
|---|---|---|---|---|---|---|
| | Per mile | Total (Per mile x 6,561,185) | Per mile | Total (Per mile x 6,561,185) | Per mile | Total (Per mile x 6,561,185) |
| Truck Expense | 0 | 0 | $.278 | $1,824,009 | $.15 | $984,178 |
| Fuel | $.398 | $2,611,352 | $.486 | $3,188,736 | $.482 | $3,162,491 |
| Repair and Maintenance | $.137 | $898,882 | $.15 | $984,178 | $.15-.32 | $984,178-2,099,579 |
| Tires | $.041 | $269,009 | $.043 | $282,130 | $.043 | $282,130 |
| Insurance | Unknown | n/a | $.153 | $1,003,861 | $.153 | $1,003,861 |
| Other Costs | $.204 | $1,338,482 (includes insurance) | $.061 | $400,232 | $.061 | $400,232 |
| Total Vehicle Cost 2020 | $.78 | $5,117,725 | $1.17 | $7,683,146 | $1.04-1.21 | $6,817,070-7,932,471 |

The ATRI estimates based on the report version Husing relied upon would work out to
$7,683,146. If we accept Dr. Husing's use of on-duty hours (231,663) as the denominator for a
per hour cost that gives us an average vehicle operation cost of $33.17. If we use the RDS
average fuel economy of 7 from Geotab and a conservative estimate of $.15 per mile in truck
payments along with a range of repair and maintenance costs based on the figures reported in the
different ATRI reports, we get a range for total costs of $6,817,070-7,932,471 or $29.43-$34.24
per hour in vehicle costs.

Dr. Husing suggests that the median costs per hour to operate trucks for RDS drivers is $21.62.
According to Dr. Husing's Exhibit 2, 66 of the 171, about 39%, of the RDS Drivers had vehicle
operational costs between $10.00 and $19.99 per hour. Based on my experience and available
ATRI benchmarking data, these estimates are extraordinarily low and inappropriate to be used to
estimate per hourly net earnings. The ATRI report that Dr. Husing relies upon for his estimates
provides an average per hour vehicle operational cost of $37.79 for all fleets (Table 9, p. 20).
Even that number is low because, as explained above, the fleets used in the ATRI have numerous
cost advantages over individual drivers, like those at RDS.

Certainly, we could debate the use of one particular figure over another, but the general
conclusion is clear: if Dr. Husing had followed the basic approach in the ATRI benchmarking

11

report he relies upon, he would have come up with far different conclusions about whether or not
RDS drivers were making good economic decisions. Instead, he used data that created an
unreasonably low set of operating costs and thus a grossly inflated net income. As a result, his
estimate of a $.78 operating cost for drivers in California, particularly Southern California, is not
at all reasonable.

## Net Earnings per Logged DOT Hour

With costs of $29.43-$34.24 per hour and gross revenue of $53.68 per hour (as calculated by Dr.
Husing – he purports to have divided the 2020 gross revenue from RDS data of $12,435,805 by
231,663 hours worked), that gives a net average earnings per hour of between $19.44-24.25.
While tax consequences will vary, we should at least take into account the effects of the
employers' side of self-employment tax (7.65%) or about a $1.49-1.86 per hour. That leaves
drivers with an average wage for each hour of logged time in their DOT logs of $17.95-$22.39.

## RDS Drivers Work More Hours than DOT On-Duty Hours

Widespread, routine inaccuracy of truck driver logs is such a well-established fact that *every*
major study of the actual work of over-the-road truckers done in the past three decades has
reached the same conclusion: log inaccuracy is the norm. Because drivers are paid by the mile
and they are limited by hours of service in the amount of work they can do per day and week,
they limit how much time they load as on-duty. They may undercount time inspecting and
cleaning their truck before and after work. They may undercount time they spend doing
paperwork and communicating with management. They may record time spent waiting for loads
or dispatch as time spent off-duty. And they may record driving time as off-duty or personal
conveyance.

Across the trucking industry such undercounting practices can significantly increase the amount
drivers can work and so are the norm for drivers paid by the mile.

Since I do not have full data for 2020, I am not able to create an estimate of the likely hours
worked by RDS contracted drivers for the year. However, based on my knowledge and
experience, the on-duty hours Dr. Husing uses are likely well below what was actually worked.
Dr. Husing reports that RDS drivers had 231,663 of on-duty hours in 2020. Having completed
6,561,185 miles of driving over that time. That would have given them an operational speed
during that time of about 28.3 miles per hour worked. In my experience this is an average
operational speed that would be associated with a long-haul carrier which travels long distances
on interstates, not a drayage operation. Based on my experience and studies of drayage truck
speeds and local and regional trips in Southern California this speed likely significantly
overestimates average speed.

ATRI benchmarking relies on *vehicle speed* for driving of around 40 mph. That figure is based
on a large data set of trucks across the nation collected by the Federal Highway Administration.
*That is the speed trucks are actually moving while driving.* That would be far too fast of an
average speed for Southern California due to slow-speed yard work, congestion, and speed

limits. Available data suggest that the average *vehicle speed* for regional port drayage trips in the area was just 23.4-28.6 miles per hour.[7]

Operational speed—the metric necessary to determine work hours in mph—is significantly lower than vehicle speed because it includes all the hours drivers work, not just the driving time. Including all of the non-driving work drivers perform—e.g., finding empty trailers, fueling the truck, talking to dispatch, dealing with shippers, coupling up to trailers, waiting to load and unload, waiting for dispatch, maintaining and repairing trucks, conducting pre and post-trip inspections, etc.—a reasonable estimate of the total operational speed for RDS drivers would be much closer to 20 miles per hour rather than 30. To put that into concrete terms, that would mean that a driver working a 10-hour day would complete 4 trips with an average of 50 miles per trip including all the non-driving work involved in drayage.

At an average overall operational speed of 20 mph, the total mileage in 2020 for RDS contracted drivers of 6,561,185, would require 328,059 hours of work.

### **Dr. Husing Data Says Nothing About Driver Earnings In Any Particular Work Week.**

It is important to note that while Dr. Husing attempts to calculate average earnings of RDS contractor drivers, erroneously in my expert opinion, he makes no effort to calculate the earnings of any particular driver in any particular work week and nothing in his report sheds any light on the amount, if any, a driver actually earned during any particular work week.

---

[7] See California Air Resources Board. May, 2018. "Battery Electric Truck and Bus Energy Efficiency Compared to Conventional Diesel Vehicles."
https://ww2.arb.ca.gov/resources/documents/battery-electric-truck-and-bus-energy-efficiency-compared-conventional-diesel.
Papson, Andrew and Michael Ippoliti. 2013. "Key Performance Parameters for Drayage Trucks Operating at the Ports of Los Angeles and Long Beach." CALSTART. Available:
https://calstart.org/wp-content/uploads/2018/10/I-710-Project_Key-Performance-Parameters-for-Drayage-Trucks.pdf

## Appendix A – RDS Contract Driver Mileage for 2020 Used for Cost Estimates

| DriverNo | Year | AnnualDistance |
|---|---|---|
| 1008 | 2020 | 52510 |
| 1013 | 2020 | 41269 |
| 1015 | 2020 | 119107 |
| 1016 | 2020 | 25515 |
| 1021 | 2020 | 103430 |
| 1023 | 2020 | 110122 |
| 1025 | 2020 | 3615 |
| 1026 | 2020 | 9317 |
| 1027 | 2020 | 58519 |
| 1028 | 2020 | 12347 |
| 1029 | 2020 | 28983 |
| 1030 | 2020 | 7386 |
| 1031 | 2020 | 22229 |
| 1032 | 2020 | 21402 |
| 1033 | 2020 | 6340 |
| 1034 | 2020 | 16581 |
| 113 | 2020 | 45079 |
| 117 | 2020 | 9648 |
| 122 | 2020 | 8317 |
| 123 | 2020 | 60400 |
| 127 | 2020 | 48452 |
| 132 | 2020 | 0 |
| 140 | 2020 | 85678 |
| 141 | 2020 | 85149 |
| 145 | 2020 | 83386 |
| 147 | 2020 | 89278 |
| 155 | 2020 | 21005 |
| 158 | 2020 | 22789 |
| 163 | 2020 | 68786 |
| 165 | 2020 | 44358 |
| 172 | 2020 | 10826 |
| 173 | 2020 | 26983 |
| 175 | 2020 | 18079 |
| 176 | 2020 | 42544 |
| 177 | 2020 | 65840 |
| 180 | 2020 | 23410 |
| 187 | 2020 | 50441 |
| 188 | 2020 | 49425 |
| 190 | 2020 | 44259 |
| 191 | 2020 | 21547 |
| 195 | 2020 | 70108 |
| 210 | 2020 | 9880 |

14

| 211 | 2020 | 5344 |
| 214 | 2020 | 4615 |
| 237 | 2020 | 17564 |
| 244 | 2020 | 57127 |
| 246 | 2020 | 2942 |
| 256 | 2020 | 18840 |
| 260 | 2020 | 66007 |
| 263 | 2020 | 41316 |
| 267 | 2020 | 64747 |
| 269 | 2020 | 69723 |
| 270 | 2020 | 27636 |
| 279 | 2020 | 86833 |
| 280 | 2020 | 3314 |
| 284 | 2020 | 82372 |
| 286 | 2020 | 54262 |
| 295 | 2020 | 6763 |
| 297 | 2020 | 62399 |
| 304 | 2020 | 64280 |
| 308 | 2020 | 81532 |
| 311 | 2020 | 4374 |
| 320 | 2020 | 64098 |
| 329 | 2020 | 4967 |
| 331 | 2020 | 2671 |
| 340 | 2020 | 17420 |
| 346 | 2020 | 19040 |
| 351 | 2020 | 4584 |
| 352 | 2020 | 68627 |
| 357 | 2020 | 42053 |
| 360 | 2020 | 35499 |
| 365 | 2020 | 6887 |
| 372 | 2020 | 117295 |
| 373 | 2020 | 26445 |
| 376 | 2020 | 69986 |
| 377 | 2020 | 59591 |
| 381 | 2020 | 12504 |
| 387 | 2020 | 48734 |
| 389 | 2020 | 65132 |
| 393 | 2020 | 61553 |
| 407 | 2020 | 32389 |
| 408 | 2020 | 36272 |
| 416 | 2020 | 1132 |
| 432 | 2020 | 29389 |
| 439 | 2020 | 107577 |

| | | |
|---|---|---|
| 446 | 2020 | 55443 |
| 450 | 2020 | 1147 |
| 451 | 2020 | 55235 |
| 452 | 2020 | 72684 |
| 453 | 2020 | 60379 |
| 455 | 2020 | 4365 |
| 458 | 2020 | 23172 |
| 459 | 2020 | 484 |
| 465 | 2020 | 4416 |
| 486 | 2020 | 72554 |
| 492 | 2020 | 6617 |
| 494 | 2020 | 52369 |
| 499 | 2020 | 1122 |
| 502 | 2020 | 3197 |
| 511 | 2020 | 39481 |
| 519 | 2020 | 71875 |
| 521 | 2020 | 56549 |
| 527 | 2020 | 60860 |
| 531 | 2020 | 52388 |
| 534 | 2020 | 22884 |
| 542 | 2020 | 65199 |
| 549 | 2020 | 28360 |
| 554 | 2020 | 64430 |
| 555 | 2020 | 15279 |
| 559 | 2020 | 41170 |
| 573 | 2020 | 38770 |
| 574 | 2020 | 7610 |
| 589 | 2020 | 60118 |
| 594 | 2020 | 45012 |
| 599 | 2020 | 44329 |
| 611 | 2020 | 3307 |
| 612 | 2020 | 53033 |
| 615 | 2020 | 966 |
| 619 | 2020 | 33173 |
| 624 | 2020 | 37172 |
| 625 | 2020 | 48691 |
| 634 | 2020 | 59954 |
| 635 | 2020 | 23267 |
| 640 | 2020 | 66653 |
| 642 | 2020 | 96471 |
| 648 | 2020 | 63212 |
| 654 | 2020 | 1164 |
| 698 | 2020 | 33064 |

Exh 1 - pg. 16

| | | |
|---|---|---|
| 701 | 2020 | 10414 |
| 702 | 2020 | 37118 |
| 708 | 2020 | 33488 |
| 728 | 2020 | 48996 |
| 732 | 2020 | 43182 |
| 736 | 2020 | 28230 |
| 744 | 2020 | 44352 |
| 748 | 2020 | 39361 |
| 754 | 2020 | 45205 |
| 774 | 2020 | 1 |
| 782 | 2020 | 45940 |
| 791 | 2020 | 12010 |
| 798 | 2020 | 21879 |
| 817 | 2020 | 44633 |
| 8191 | 2020 | 13341 |
| 8192 | 2020 | 98183 |
| 8193 | 2020 | 13019 |
| 8194 | 2020 | 41933 |
| 8195 | 2020 | 51582 |
| 8196 | 2020 | 44847 |
| 8197 | 2020 | 2281 |
| 8198 | 2020 | 48018 |
| 8199 | 2020 | 73648 |
| 8200 | 2020 | 26316 |
| 8201 | 2020 | 18555 |
| 8202 | 2020 | 50712 |
| 8203 | 2020 | 13294 |
| 8204 | 2020 | 47018 |
| 8205 | 2020 | 15753 |
| 8206 | 2020 | 50115 |
| 8207 | 2020 | 28359 |
| 8209 | 2020 | 24794 |
| 8210 | 2020 | 16751 |
| 8211 | 2020 | 18702 |
| 8212 | 2020 | 5735 |
| 841 | 2020 | 40827 |
| 856 | 2020 | 40613 |
| 894 | 2020 | 61711 |
| 914 | 2020 | 24342 |
| 922 | 2020 | 41469 |
| 976 | 2020 | 21053 |
| 978 | 2020 | 25606 |

## Geotab 2020 Fuel Data Relied Upon for MPG Estimate

| DriverNo | ADTRMilesInYea | FuelEconMilesInYe | FuelUsedFromReport |
|---|---|---|---|
| 8212 | 5735 | 5657.875977 | 835.9599609 |
| 8211 | 18702 | 18714.8418 | 2855.641357 |
| 8210 | 16751 | 16661.86133 | 2649.136963 |
| 8209 | 24794 | 24840.24023 | 4413.304199 |
| 8207 | 28359 | 28409.53516 | 4301.285645 |
| 8206 | 50115 | 50100.94141 | 7451.531738 |
| 8205 | 15753 | 15834.83301 | 2287.46582 |
| 8204 | 47018 | 48080.9375 | 7829.554688 |
| 8203 | 13294 | 13304.19238 | 2023.488525 |
| **8202** | 50712 | 30062.08203 | 4445.558594 |
| **8202** | 50712 | 20705.35742 | 3418.521973 |
| 8201 | 18555 | 16004.13965 | 2351.012207 |
| 8200 | 26316 | 25845.17578 | 3373.220703 |
| 8199 | 73648 | 73384.51563 | 10203.75879 |
| 8198 | 48018 | 48240.78516 | 7167.381348 |
| 8197 | 2281 | 7556.129883 | 1037.580566 |
| 8196 | 44847 | 44997.49609 | 6012.731445 |
| 8194 | 41933 | 41985.73047 | 6159.867188 |
| 8193 | 13019 | 13035.2168 | 2025.420288 |
| 8192 | 98183 | 98140.0625 | 12540.57227 |
| **8191** | 13341 | 8711.742188 | 1381.77832 |
| **8191** | 13341 | 4625.524414 | 652.6801758 |
| 1032 | 21402 | 21443.125 | 2888.42041 |
| 1031 | 22229 | 22281.58984 | 3183.716797 |
| 1030 | 7386 | 7411.393555 | 943.6674194 |
| 1029 | 28983 | 28996.83594 | 3826.558105 |
| 1028 | 12347 | 15017.84961 | 2132.674072 |
| 1021 | 103430 | 103501.6797 | 13691.52441 |
| 1015 | 119107 | 116845.1172 | 14324.12109 |
| 1013 | 41269 | 108412.0078 | 13763.84375 |
| 1008 | 52510 | 52496.22656 | 7171.588867 |
| 978 | 25606 | 25900.13672 | 4230.736328 |
| 976 | 21053 | 1130.350342 | 267.326416 |
| 922 | 41469 | 41805.60156 | 5922.800293 |
| 914 | 24342 | 24312.23047 | 3408.073242 |
| 894 | 61711 | 61555.78906 | 8956.675781 |
| 856 | 40613 | 2125.368164 | 343.7327881 |
| 841 | 40827 | 40951.47266 | 6075.490723 |
| 817 | 44633 | 170.64534 | 7.040510178 |
| 798 | 21879 | 4263.353516 | 689.3519897 |
| 791 | 12010 | 12582.05078 | 2561.32251 |
| 782 | 45940 | 45993.97266 | 8449.496094 |
| 754 | 45205 | 45357.29297 | 6979.890137 |
| 748 | 39361 | 39687.01563 | 5342.149414 |

| | | | |
|---|---|---|---|
| 744 | 44352 | 39834.22266 | 5055.368164 |
| 736 | 28230 | 2395.185547 | 404.5 |
| 732 | 43182 | 2932.803955 | 506.4619751 |
| 728 | 48996 | 132.2905579 | 7.229030609 |
| 708 | 33488 | 4683.849121 | 713.6182251 |
| **702** | 37118 | 18967.0918 | 2477.577393 |
| **702** | 37118 | 18551.13086 | 2612.521484 |
| 701 | 10414 | 10499.74121 | 1751.771973 |
| 698 | 33064 | 33121.81641 | 5099.835938 |
| 654 | 1164 | 1252.057129 | 181.9066772 |
| 648 | 63212 | 428.0618591 | 79.17985535 |
| 642 | 96471 | 96567.36719 | 12429.65723 |
| 635 | 23267 | 23327.82227 | 2637.311523 |
| 634 | 59954 | 437.8579407 | 63.59171677 |
| 625 | 48691 | 432.3447876 | 75.81447601 |
| 624 | 37172 | 37238.58203 | 5988.014648 |
| 619 | 33173 | 40144.49219 | 5245.072754 |
| 615 | 966 | 967.9136963 | 110.6628189 |
| 612 | 53033 | 4145.858887 | 680.9716797 |
| 611 | 3307 | 2246.959229 | 233.3799438 |
| 599 | 44329 | 44425.91406 | 6725.687012 |
| 594 | 45012 | 2726.96875 | 432.9244385 |
| 589 | 60118 | 60527.13281 | 10035.1709 |
| 574 | 7610 | 1724.707275 | 232.21875 |
| 573 | 38770 | 38842.125 | 4752.901367 |
| 559 | 41170 | 117.8961792 | 53.06097412 |
| 554 | 64430 | 64524.12109 | 9126.176758 |
| **549** | 28360 | 15031.68262 | 2166.638672 |
| **549** | 28360 | 13631.4873 | 1881.7323 |
| 542 | 65199 | 380.3912354 | 81.0088501 |
| 534 | 22884 | 23040.71094 | 3469.766846 |
| 531 | 52388 | 159.2060547 | 35.01130295 |
| 527 | 60860 | 434.2674561 | 52.50945663 |
| 521 | 56549 | 56799.71094 | 8606.686523 |
| 519 | 71875 | 20882.42578 | 3965.38501 |
| 511 | 39481 | 35043.86719 | 4955.400391 |
| 502 | 3197 | 3215.399414 | 548.999939 |
| 499 | 1122 | 3299.33667 | 407.9873047 |
| **494** | 52369 | 26860.93164 | 4403.720215 |
| **494** | 52369 | 3434.365967 | 420.3589783 |
| 492 | 6617 | 7918.961426 | 1159.971191 |
| 486 | 72554 | 440.325531 | 72.76348877 |
| 459 | 484 | 512.3376465 | 79.34671021 |
| 458 | 23172 | 23510.55664 | 3714.442871 |
| 453 | 60379 | 7.531610966 | 12.67854595 |

19

| | | | |
|---|---|---|---|
| **452** | 72684 | 26925.60156 | 4802.737305 |
| **452** | 72684 | 4835.394043 | 831.0443726 |
| 451 | 55235 | 55376.04297 | 7786.543457 |
| 450 | 1147 | 1515.922119 | 228.4584045 |
| 446 | 55443 | 891.9528809 | 165.7297058 |
| 439 | 107577 | 486.3799744 | 3.703192472 |
| 432 | 29389 | 28678.10156 | 4101.459961 |
| 416 | 1132 | 1137.263794 | 158.5139313 |
| 408 | 36272 | 36317.3125 | 5282.589844 |
| 407 | 32389 | 31992.66797 | 4674.944336 |
| **393** | 61553 | 55096.375 | 7306.397949 |
| **393** | 61553 | 6438.477539 | 760.7265625 |
| 389 | 65132 | 65826.46094 | 9941.282227 |
| 387 | 48734 | 1274.623657 | 286.5144043 |
| 381 | 12504 | 1191.3396 | 149.5492554 |
| 377 | 59591 | 26581.11914 | 4713.396484 |
| 376 | 69986 | 2631.59082 | 405.2417297 |
| 373 | 26445 | 648.4645386 | 97.93670654 |
| 372 | 117295 | 117161.8359 | 17163.64648 |
| 365 | 6887 | 7041.60791 | 1021.032898 |
| 360 | 35499 | 3784.961914 | 728.8206177 |
| 357 | 42053 | 5572.705078 | 823.4017944 |
| 352 | 68627 | 6433.160156 | 896.8248901 |
| 351 | 4584 | 4092.370605 | 689.7096558 |
| **346** | 19040 | 15468.30566 | 1925.536133 |
| **346** | 19040 | 3741.925537 | 440.4989624 |
| 340 | 17420 | 2615.401123 | 402.0498962 |
| 331 | 2671 | 2738.382324 | 440.2163086 |
| 329 | 4967 | 4993.978516 | 755.3710327 |
| 320 | 64098 | 112.8592453 | 15.10561657 |
| 311 | 4374 | 4666.06543 | 655.6143188 |
| 308 | 81532 | 384.8809814 | 65.19078064 |
| **304** | 64280 | 72418.36719 | 10245.94922 |
| **304** | 64280 | 42613.80078 | 6253.324707 |
| 297 | 62399 | 923.5223999 | 184.71138 |
| 295 | 6763 | 6853.800293 | 1162.281982 |
| 286 | 54262 | 3846.037109 | 667.7226563 |
| 284 | 82372 | 185.8013 | 57.95457077 |
| 280 | 3314 | 4686.185059 | 749.8577881 |
| 279 | 86833 | 905.0056763 | 28.07437897 |
| 270 | 27636 | 28083.70898 | 3866.987305 |
| 269 | 69723 | 20300.34961 | 2282.86084 |
| 267 | 64747 | 2633.039307 | 361.0793457 |
| 263 | 41316 | 1067.379761 | 188.3145447 |
| 260 | 66007 | 323.6579285 | 113.8861694 |

20

| | Miles Driven | Miles Recorded for Fuel Economy | Gallons Recorded for Fuel Economy |
|---|---|---|---|
| 256 | 18840 | 2787.199707 | 416.7457886 |
| 246 | 2942 | 1175.742554 | 206.6110382 |
| 244 | 57127 | 662.3050537 | 124.3089828 |
| 237 | 17564 | 17648.4668 | 2668.442627 |
| 214 | 4615 | 4831.720703 | 522.6644287 |
| 211 | 5344 | 5380.282227 | 648.5504761 |
| 210 | 9880 | 9893.151367 | 1451.563843 |
| 195 | 70108 | 126.5083694 | 9.489532471 |
| 191 | 21547 | 21620.16211 | 3180.549805 |
| 190 | 44259 | 44536.14453 | 5805.727051 |
| 188 | 49425 | 53900.85938 | 7570.345703 |
| 187 | 50441 | 178.8121643 | 27.1606617 |
| 180 | 23410 | 23472.4707 | 3776.545898 |
| 177 | 65840 | 66006.83594 | 10901.09961 |
| 175 | 18079 | 18134.05469 | 2568.996582 |
| 173 | 26983 | 1509.323242 | 240.8549194 |
| 172 | 10826 | 11113.79785 | 1584.122559 |
| 165 | 44358 | 44297.53906 | 6904.895996 |
| 163 | 68786 | 117.3691711 | 9.105680466 |
| 158 | 22789 | 22798.76953 | 3233.54541 |
| 155 | 21005 | 21116.42578 | 2376.732178 |
| 147 | 89278 | 89167.49219 | 11063.71094 |
| 145 | 83386 | 79012.19531 | 9277.479492 |
| 141 | 85149 | 794.1856689 | 62.37135696 |
| 140 | 85678 | 236.7451172 | 52.50268173 |
| 127 | 48452 | 47252.91406 | 6876.009277 |
| 123 | 60400 | 60587.71094 | 8173.983398 |
| 122 | 8317 | 7157.376953 | 1058.991821 |
| 122 | 8317 | 1203.047363 | 205.7371826 |
| 117 | 9648 | 9928.762695 | 1479.305298 |
| 113 | 45079 | 2884.92749 | 521.7089844 |
| **Total** | **6,554,110** | **3,643,967** | **521,207** |

## **Appendix C – Average Diesel Cost, California 2020**



| Show Data By: Product ○ Area | | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | View History |
|---|---|---|---|---|---|---|---|---|
| **Gasoline - All Grades** | | 3.221 | 2.782 | 3.080 | 3.551 | 3.677 | 3.132 | 2000-2020 |
| All Grades - Reformulated Areas | | | | | | | | 1995-2010 |
| Regular | | 3.169 | 2.727 | 3.023 | 3.483 | 3.602 | 3.050 | 2000-2020 |
| Reformulated Areas | | | | | | | | 1995-2010 |
| Midgrade | | 3.288 | 2.855 | 3.158 | 3.656 | 3.802 | 3.284 | 2000-2020 |
| Reformulated Areas | | | | | | | | 1995-2010 |
| Premium | | 3.401 | 2.970 | 3.274 | 3.769 | 3.905 | 3.377 | 2000-2020 |
| Reformulated Areas | | | | | | | | 1995-2010 |
| **Diesel (On-Highway) - All Types** | | 3.015 | 2.654 | 3.067 | 3.874 | 3.923 | 3.377 | 1995-2020 |
| Ultra Low Sulfur (15 ppm and Under) | | 3.015 | 2.654 | 3.067 | 3.874 | 3.923 | 3.377 | 2007-2020 |

Click on the source key icon to learn how to download series into Excel, or to embed a chart or map on your website.

- = No Data Reported;  -- = Not Applicable;  **NA** = Not Available;  **W** = Withheld to avoid disclosure of individual company data.

**Notes:** Conventional area is any area that does not require the sale of reformulated gasoline. All types of finished motor gasoline may be sold in this area. RFG area is an ozone nonattainment area designated by the Environmental Protection Agency which requires the use of reformulated gasoline. Publication of Low Sulfur On-Highway Diesel (LSD) prices at the U.S. level was discontinued on December 8, 2008 due to a diminishing number of stations selling LSD as a result of EPA diesel fuel regulations. EIA continued to collect LSD prices from retail outlets and included them in the Diesel Average All Types price until

22

## **Appendix D - Case Documents Reviewed**

- Remote 30(b)(6) Deposition of Rail Delivery Services, Inc. by Greg Stefflre, November 23rd, 2020
- Defendants' Notice of Motions and Motion to Strike Plaintiff's Class Allegations (Fed. R. Civ. P. 12 (F), 23 (d)(1)(d)), and to Compel Arbitration of Plaintiff's Second, Sixth, Seventh, and Eighth Causes of Action; Memorandum of Points and Authorities in Support Thereof; [Proposed] Order
- Declaration of Greg P. Stefflre in Support of Defendants' Motions to Dismiss, to Strike, and to Compel Individual Arbitration
- Plaintiffs' Opposition to Defendants' Motion to Strike and to Compel Individual Arbitration
- Declaration of Salvador Canava in Opposition to Defendants' Motion to Strike and Compel Individual Arbitration
- Declaration of Jesus Dominguez in Opposition to Defendant's Motion to Strike and to Compel Individual Arbitration
- Declaration of Omar Rivera in Opposition to Defendants' Motion to Strike and Compel Individual Arbitration
- Defendants' Reply Brief in Support of Motion to Strike Plaintiff's Class Allegations (Fed. R. Civ. P. 12(f), 23(d)(1)(d)), and to Compel Arbitration of Plaintiff's Second, Sixth, Seventh and Eighth Causes of Action.
- Reply Declaration of Antonio Saavedra in Support Defendants' Motions to Dismiss, to Strike, to Compel Individual Arbitration
- Plaintiff's Notice of Motion and Motion to Conditionally Certify Count 1 as a Collective Action Pursuant to 29 U.S.C. § 216(B) and to Certify Counts 2, 3, 6, 7, 8, 9, and 10 as Rule 23(B)(3) Class Action
- Plaintiff's Memorandum in Support of Motion to Conditionally Certify Count 1 (FLSA) as a Collective Action Pursuant to 29 U.S.C. § 216(B) and to Certify Counts 2, 3, 6, 7, 8, 9, and 10 as Rule 23(B)(3) Class Action
- Declaration of Omar Rivera in Support of Plaintiffs' Motion
- Declaration of Jesus Dominguez in Support of Plaintiffs' Motion of September 24th, 2019
- Declaration of Salvador Canava in Support of Plaintiffs' Motion of August 24th, 2019
- Deposition of Rahul Sethi, dated May 10th, 2021
- Declaration of Richard Roblesky in Support of Defendants' Opposition to Plaintiff's Motion to Conditionally Certify Count 1 as a Collective Action Pursuant to 29 U.S.C. § 216(B) and to Certify Counts 2, 3, 6, 7, 8, 9, and 10 As a Rule 23(B)(3) Class Action
- Declaration of Sharon Brooks in Support of Defendants' Opposition to Plaintiff's Motion to Conditionally Certify Count 1 as a Collective Action Pursuant to 29 U.S.C. § 216(B) and to Certify Counts 2, 3, 6, 7, 8, 9, and 10 as Rule 23(B)(3) Class Action
- Declaration of Greg P. Stefflre in Support of Defendants' Opposition to Plaintiff's Motion to Conditionally Certify Count 1 as a Collective Action Pursuant to 29 U.S.C. § 216(B) and to Certify Counts 2, 3, 6, 7, 8, 9, and 10 as Rule 23(B)(3) Class Action
- Declaration of Anthony Chavira in Support of Defendants' Opposition to Plaintiff's Motion to Conditionally Certify Count 1 as a Collective Action Pursuant to 29 U.S.C. § 216(B) and to Certify Counts 2, 3, 6, 7, 8, 9, and 10 as Rule 23(B)(3) Class Action
- Second Amended Collective & Class Action Complaint

- Defendants Rail Delivery Services, Incorporated, Greg P. Stefflre, and Judi Girard Stefflre's Answer to Plaintiffs' Second Amended Collective & Class Complaint; Jury Demand
- Deposition of Salvador Canava, December 15th, 2020
- Videotaped ESI Deposition of Denice McManigal, January 27th, 2021
- Deposition of Jesus Dominguez, March 3rd, 2021
- Deposition of Omar Rivera, February 22, 2021
- Deposition of Zach Wimberly, May 3rd, 2021
- Deposition of Marcus Santiful, May 7th, 2021
- Deposition of Cesar Ruiz Castellanos, May 6th, 2021
- Bates 397
- Bates 521
- Bates 2288-2349
- Bates 3049-3068
- Bates 3069-3073
- Expert Report of Elizabeth Newlon, Ph.D., Dated May 17, 2021
- Expert Report of John Husing, Ph.D., Dated May 17, 2021
- Deposition of Rahul Sethi, May 10th, 2021
- Deposition of Erin Stefflre-Garcia, May 10th, 2021
- ATRI: An Analysis of the Operational Costs of Trucking: 2020 Update (Husing Produced)
- Expert Report of Robert B. Speakman, Jr., Ph.D., May 17, 2021
- Deposition of Antonio Chavira, April 12th, 2021
- Deposition of Sharon Brooks, April 14th, 2021
- Deposition of Greg Stefflre, March 2nd, 2021
- Deposition of Judi Girard Stefflre, March 2nd, 2021
- Plaintiffs' Brief in Support of Motion for Partial Summary Judgement
- Defendants' Motion to Decertify the Fair Labor Standards Act Collective Action and the Rule 23 Class

## Appendix E – Google Search Results for ATRI Report



