UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR CANAVA et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>RAIL DELIVERY SERVICES INCORPORATED et al.,<br><br>  Defendants. | Case No. 5:19-cv-00401-SB-KK<br><br>ORDER STAYING CASE ON SETTLEMENT ANNOUNCEMENT |

    The Court has reviewed the parties' joint status report regarding settlement, Dkt. No. 447, and GRANTS their request to stay the case until October 7, 2022 to allow them to finalize their settlement and seek preliminary approval. The parties shall file their motion for preliminary approval of the settlement no later than October 7, 2022.

    IT IS SO ORDERED.

Date: September 8, 2022

_____
Stanley Blumenfeld, Jr.
United States District Judge