UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR CANAVA, et al., individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>RAIL DELIVERY SERVICES, INCORPORATED, et al.,<br><br>    Defendants. | Case No. 5:19-cv-00401-SB-KK<br><br>**ORDER GRANTING APPLICATION TO EXTEND STAY AND TO CONTINUE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**STATUS CONFERENCE: OCT. 28, 2022 8:30 A.M.** |

Having considered Plaintiffs' Unopposed Ex Parte Application to Extend Stay and to Continue Deadline to File Motion for Preliminary Approval of Class Action Settlement, Dkt. No. 449, and for good cause shown, IT IS HEREBY ORDERED that the Court GRANTS Plaintiffs' request to extend the stay in this case until October 21, 2022 to allow the parties to finalize their pending settlement and seek preliminary approval. The parties shall file their motion for preliminary approval of the settlement no later than October 21, 2022. *The Court also sets a status conference on October*

///

///

1

*28, 2022 in Courtroom 6C at 8:30 a.m. The conference will be automatically vacated without further order of the Court if the parties file their motion by October 21, 2022.*

Dated: October 6, 2022

_____
Stanley Blumenfeld, Jr.
United States District Judge