MICHAEL J.D. SWEENEY *(Pro Hac Vice)*
GETMAN, SWEENEY & DUNN, PLLC
260 Fair Street
Kingston, NY 12401
Telephone: (845) 255-9370
Facsimile: (845) 255-8649
msweeney@getmansweeney.com

SUSAN MARTIN *(Pro Hac Vice)*
DAN BONNETT *(Pro Hac Vice)*
JENNIFER KROLL *(Pro Hac Vice)*
MARTIN & BONNETT, P.L.L.C.
4647 N. 32nd St., Suite 185
Phoenix, AZ 85018
Telephone: (602) 240-6900
Facsimile: (602) 240-2345
smartin@martinbonnett.com
dbonnett@martinbonnett.com
jkroll@martinbonnett.com

EDWARD TUDDENHAM *(Pro Hac Vice)*
23 Rue Du Laos
Paris, France
33 684 79 89 30
etudden@prismnet.com

HOWARD Z. ROSEN
ROSEN MARSILI RAPP LLP
11150 W. Olympic Blvd., Suite 990
Los Angeles, CA 90064
Telephone: (213) 389-6050
Facsimile: (213) 389-0663
hzrosen@rmrllp.com

Attorneys for Plaintiffs

MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SALVADOR CANAVA, et al.,** individually and on behalf of others similarly situated,<br><br>　　　**Plaintiffs,**<br><br>　　**v.**<br><br>**RAIL DELIVERY SERVICES, INCORPORATED, et al.,**<br><br>　　　**Defendants.** | Case No. 5:19-cv-00401-SB (KKx)<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Honorable Stanley Blumenfeld, Jr.<br><br>Hearing Date: January 6, 2023<br>Time: 8:30 a.m.<br>Location: U.S. Courthouse, 350 W. 1st St., Los Angeles, CA 90012<br><br>Courtroom 6C<br><br>Complaint Filed: March 4, 2019 |

For the reasons set forth in Plaintiffs' Brief in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement and supporting exhibits, and in the Declaration of Michael J.D. Sweeney and supporting documents, Plaintiffs respectfully request that the Court enter an Order:

　　1.　　Expanding the existing class to include class members who worked between December 9, 2020 and October 21, 2022, the date of the filing of this motion, is preliminarily approved for settlement purposes;

　　2.　　Preliminarily approving the proposed Settlement as fair, reasonable, and adequate for the Settlement Class;

　　3.　　Preliminarily approving the proposed PAGA Payment as fair, reasonable, and adequate;

　　4.　　Appointing Settlement Services Inc. to act as the settlement administrator;

5.    Approving the form and content of the proposed Notice;

6.    Providing that Notice shall be provided in accordance with the

Settlement Agreement and this Order; and

7.    Setting a date for a final approval hearing in this matter.


Dated this 21st day of October 2022.


By:    */s/ Michael J.D. Sweeney*

MICHAEL J.D. SWEENEY
GETMAN, SWEENEY & DUNN, PLLC
260 Fair Street
Kingston, NY 12401
(845) 255-9370
Admitted Pro Hac Vice

SUSAN MARTIN
JENNIFER KROLL
MARTIN & BONNETT, P.L.L.C.
4647 N. 32nd St., Suite 185
Phoenix, AZ 85018
(602) 240-6900
Admitted Pro Hac Vice

EDWARD TUDDENHAM
23 Rue Du Laos
Paris, France
33 684 79 89 30
Admitted Pro Hac Vice

HOWARD Z. ROSEN
ROSEN MARSILI RAPP LLP
11150 W. Olympic Blvd., Suite 990
Los Angeles, CA 90064
(213) 389-6050
hzrosen@rmrllp.com

ATTORNEYS FOR PLAINTIFFS

MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT