UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR CANAVA et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>RAIL DELIVERY SERVICES INCORPORATED et al.,<br><br>   Defendants. | Case No. 5:19-cv-00401-SB-KK<br><br>ORDER ADVANCING HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT [DKT. NO. 451] |

   Plaintiffs filed a motion for preliminary approval of class action settlement, set for hearing on January 6, 2023.  Dkt. No. 451 at 2.  Plaintiffs' counsel filed a declaration stating that they have conferred with Defendants' counsel and the motion is unopposed.  Dkt. No. 451-5 ¶ 19.  The Court ADVANCES the hearing on the motion to December 2, 2022 at 8:30 a.m. in Courtroom 6C.

IT IS SO ORDERED.

Date: October 31, 2022

   _____
   Stanley Blumenfeld, Jr.
   United States District Judge