MICHAEL J.D. SWEENEY *(Pro Hac Vice)*
GETMAN, SWEENEY & DUNN, PLLC
260 Fair Street
Kingston, NY 12401
Telephone: (845) 255-9370
Facsimile: (845) 255-8649
msweeney@getmansweeney.com

SUSAN MARTIN *(Pro Hac Vice)*
DAN BONNETT *(Pro Hac Vice)*
JENNIFER KROLL *(Pro Hac Vice)*
MARTIN & BONNETT, P.L.L.C.
4647 N. 32nd St., Suite 185
Phoenix, AZ 85018
Telephone: (602) 240-6900
Facsimile: (602) 240-2345
smartin@martinbonnett.com
dbonnett@martinbonnett.com
jkroll@martinbonnett.com

EDWARD TUDDENHAM *(Pro Hac Vice)*
23 Rue Du Laos
Paris, France
33 684 79 89 30
edwardtuddenham@gmail.com

HOWARD Z. ROSEN
ROSEN MARSILI RAPP LLP
11150 W. Olympic Blvd., Suite 990
Los Angeles, CA 90064
Telephone: (213) 389-6050
Facsimile: (213) 389-0663
hzrosen@rmrllp.com

Attorneys for Plaintiffs

MOTION FOR APPROVAL OF CLASS ACTION SETTLEMENT -1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SALVADOR CANAVA, et al.,** individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**RAIL DELIVERY SERVICES, INCORPORATED, et al.,**<br><br>Defendants. | Case No. 5:19-cv-00401-SB (KKx)<br><br>PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Honorable Stanley Blumenfeld, Jr.<br><br>Hearing Date: April 7, 2023<br>Time: 8:30 a.m.<br>Location: U.S. Courthouse, 350 W. 1st St., Los Angeles, CA 90012<br><br>Courtroom 6C<br><br>Complaint Filed: March 4, 2019 |

For the reasons set forth in Plaintiffs' Brief in Support of Unopposed Motion for Final Approval of Class Action Settlement and supporting documents, and in Plaintiffs' Brief in Support of an Award of Attorneys' Fees and Expenses and Service Awards and supporting documents, Plaintiffs respectfully request that the Court enter an Order:

    1.    Approving the proposed Settlement as fair, reasonable, and adequate for the Settlement Class;

    2.    Approving the proposed PAGA Payment as fair, reasonable, and adequate;

    3.    Granting the requested Service Payments of $10,000 for each of the three Named Plaintiffs, Salvador Canava, Jesus Dominguez, and Omar Rivera, and $5,000 for each of the three Testifying Class Members, Cesar Ruiz, Rahul Sethi, and Zachary Wimberly, as fair and reasonable;

4. Granting Class Counsel's requested fee award of $1,500,000 as fair and reasonable, and

5. Granting Class Counsel's requested reimbursement of expenses of $357,826.76 as fair and reasonable.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on March 3, 2023.

Dated this 10th day of March 2023.      By:   /s/ Michael J.D. Sweeney

MICHAEL J.D. SWEENEY
GETMAN, SWEENEY & DUNN, PLLC
260 Fair Street
Kingston, NY 12401
(845) 255-9370
Admitted Pro Hac Vice

SUSAN MARTIN
JENNIFER KROLL
MARTIN & BONNETT, P.L.L.C.
4647 N. 32nd St., Suite 185
Phoenix, AZ 85018
(602) 240-6900
Admitted Pro Hac Vice

EDWARD TUDDENHAM
23 Rue Du Laos
Paris, France
33 684 79 89 30
Admitted Pro Hac Vice

HOWARD Z. ROSEN
ROSEN MARSILI RAPP LLP
11150 W. Olympic Blvd., Suite 990
Los Angeles, CA 90064
(213) 389-6050
hzrosen@rmrllp.com

ATTORNEYS FOR PLAINTIFFS

MOTION FOR APPROVAL OF CLASS ACTION SETTLEMENT -3