JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **SALVADOR CANAVA, et al., individually and on behalf of others similarly situated,**<br><br>        **Plaintiffs,**<br><br>        **v.**<br><br>**RAIL DELIVERY SERVICES, INCORPORATED, et al.,**<br><br>        **Defendants.** | Case No. 5:19-cv-00401-SB-KK<br><br>**FINAL JUDGMENT** |

        For the reasons stated in the separate order granting Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement, Dkt. No. 461, and Plaintiffs' Motion for Award of Attorneys' Fees and Expenses and Service Awards, Dkt. No. 459, IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

        1.      The proposed Settlement is approved as fair, reasonable, and adequate for the Settlement Class;

        2.      The PAGA Payment is approved as fair, reasonable, and adequate;

        3.      The requested Service Payments of $10,000 for each of the three Named Plaintiffs, Salvador Canava, Jesus Dominguez, and Omar Rivera, and $5,000 for each of the three Testifying Class Members, Cesar Ruiz, Rahul Sethi, and Zachary Wimberly, are hereby approved;

1

4.      Class Counsel's requested fee award of $1,500,000 is hereby approved;

5.      Class Counsel's expenses of $357,826.76 are hereby approved;

6.      An award of $26,000 to Settlement Services, Inc. is appropriate; and

7.      The Clerk shall enter Final Judgment pursuant to Fed. R. Civ. P. 58. This is a final judgment.

Dated:  April 14, 2023

_____

Stanley Blumenfeld, Jr.

United States District Judge